# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv468

| | |
|---|---|
| **THE ESTATE OF WILLIAM I. ALLISON, deceased, by and through Susan W. Allison, personal representative of the Estate,** ) ) ) ) ) ) | |
| **Plaintiff,** ) ) | |
| Vs. ) ) | **ORDER** |
| **VINCE SCOGGINS, P.A.; JAMES J. BOMBENGER, M.D.; and SHELBY EMERGENCY ASSOCIATES, P.A.,** ) ) ) ) | |
| **Defendants.** ) ) | |

**THIS MATTER** is before the court on the joint Certification and Report of Conference (#11). In that report, the parties request an IPC in the event the court does not adopt the proposed deadlines. The parties are advised that the court cannot adopt the proposed deadlines as they do not comply with the district court's requirements regarding timing of the close of discovery, filing of motions and other matters.

## ORDER

**IT IS, THEREFORE, ORDERED** that an IPC be calendared for Thursday, March 11, 2010, at 11 a.m., in Courtroom #2 in Asheville.

Signed: March 3, 2010

_____

Dennis L. Howell
United States Magistrate Judge