# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 cv 468

| | | |
|---|---|---|
| THE ESTATE OF WILLIAM I. ALLISON deceased by and through Susan W. Allison, Personal Representative of the Estate, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| VINCE SCROGGINS, P.A. and JAMES J. BOMBENGER, MD and SHELBY EMERGENCY ASSOCIATIONS, P.A., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court upon the court's own motion based upon the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#11) and an amended Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#14). The undersigned has examined both documents and finds neither comply with the expectations of the District Court. The undersigned has entered a Pretrial Order and Case Management Plan consistent with the expectations of the District Court. Should the parties wish to be heard in regard to the Pretrial Order and Case Management Plan, then they are instructed to file a motion requesting a hearing. Having entered the Pretrial Order and Case Management Plan in this matter, the

undersigned finds that the initial pretrial conference calendered in this matter for Thursday, March 11, 2010 at 11:00 o'clock a.m. in courtroom #2 in Asheville, NC is unnecessary and such will be cancelled.

**ORDER**

**IT IS, THEREFORE, ORDERED**, for the reason set forth above, that the initial pretrial conference calendered in this matter for Thursday, March 11, 2010 at 11:00 o'clock a.m. in courtroom #2 in Asheville, NC is hereby **CANCELLED**.

Signed: March 12, 2010

Dennis L. Howell
United States Magistrate Judge